UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEL MAR TIC I, LLC and DEL MAR TIC II,
LLC,

                              Plaintiffs,

                -against-

THE BANCORP BANK,

                              Defendant.

1:23-cv-08999 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

Plaintiffs filed their Complaint in New York state court on September 8, 2023.  *See* ECF

No. 1-1.  Defendant removed the case to this Court on October 12, 2023.  *See* ECF No. 1

("Notice of Removal").  Defendant asserts that jurisdiction is based on diversity of citizenship,

pursuant to 28 U.S.C. § 1332.  *See id*. ¶ 6.  The Notice of Removal alleges that Defendant is a

national banking association with its main office in South Dakota, and thus a citizen of South

Dakota for purposes of diversity of citizenship.  *Id*. ¶ 7.  The Notice of Removal alleges some

members of Plaintiffs Del Mark TIC I, LLC and Del Mark TIC II, LLC.  *Id*. ¶¶ 9-10.  However,

Defendant states that other members of these limited liability companies are unknown to

Defendant and could not be ascertained after a reasonably diligent search of public records.  *Id.*

Defendant therefore requests that Plaintiffs provide a statement disclosing this information

pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure ("Rules") and Rule 81.1 of the

Southern District of New York's Local Rules.  *See id.*

Rule 7.1, as amended in 2022, provides as follows:

> In an action in which jurisdiction is based on diversity under 28
> U.S.C. § 1332(a), a party or intervenor must, unless the court
> orders otherwise, file a disclosure statement.  The statement must
> name – and identify the citizenship of – every individual or entity
> whose citizenship is attributed to that party or intervenor: (A) when

the action is filed in or removed to federal court, and (B) when any
later event occurs that could affect the court's jurisdiction under
§ 1332(a).

The 2022 Committee Notes indicate that this amendment was adopted, in part, because of the

burden imposed on parties seeking to commence a federal suit against limited liability

companies. *See* Rule 7.1 advisory committee's note. "[M]any examples of attributed citizenship

arise from noncorporate entities that sue or are sued as an entity. A familiar example is a limited

liability company, which takes on the citizenship of each of its owners. A party suing an LLC

may not have all the information it needs to plead the LLC's citizenship." *Id.* To ensure that

diversity jurisdiction exists, this burden is placed not only on the party initiating the federal

action, but also "other parties and intervenors." *Id.*; *see, e.g.*, *Kin v. Matte Projects LLC*, No. 21-

cv-09317 (LTS), 2023 U.S. Dist. LEXIS 76438, at *2 (S.D.N.Y. May 2, 2023) (ordering

disclosures from both the plaintiff and defendant when the action commenced).

Here, Defendant filed a Rule 7.1 disclosure statement, *see* ECF No. 6, but Plaintiffs have

not. Accordingly, IT IS HEREBY ORDERED that Plaintiffs shall, **within 10 days of the date**

**of their appearance in this action**, file completed Rule 7.1 disclosure statements, which shall

name, and identify the citizenship of, every individual or entity whose citizenship is attributable

to that party. *See also Handelsman v. Bedford Vill. Assocs. L.P.*, 213 F.3d 48, 51-52 (2d Cir.

2000); *U.S. Liab. Ins. Co. v. M Remodeling Corp.*, 444 F. Supp. 3d 408, 410 (E.D.N.Y. 2020)

("[I]f any of an LLC's members are themselves noncorporate entities, then a plaintiff must allege

the identity and citizenship of their members, proceeding up the chain of ownership until it has

alleged the identity and citizenship of every individual and corporation with a direct or indirect

interest in the LLC.").

IT IS FURTHER ORDERED that Plaintiffs shall, **promptly and no later than October**

**23, 2023**, appear in this action.

IT IS FURTHER ORDERED that Defendant shall, by **October 17, 2023**, file a copy of

the state court docket sheet as required by Rule 4(A) of the Court's Individual Rules in Civil

Cases and serve this order on Plaintiffs.

Dated: October 16, 2023
      New York, New York

                           SO ORDERED.

                           *Jennifer Rochon*

                           JENNIFER L. ROCHON
                           United States District Judge