UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEL MAR TIC I, LLC and DEL MAR TIC II, LLC,<br><br>    Plaintiffs,<br><br> v.<br><br>THE BANCORP BANK,<br><br>    Defendant. | Case No. 1:23-CV-08999-JLR |

# **PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff Del Mar TIC I, LLC and Del Mar TIC II, LLC (collectively, "Plaintiffs") respectfully submits this response to Defendant The Bancorp Bank (Defendant)'s Motion to Dismiss.

Contemporaneously herewith, Plaintiffs. have filed a First Amended Complaint. Under Federal Rule of Civil Procedure 15(a)(1)(B), the Plaintiffs amended their Complaint as of right within 21 days of the Defendant filing its Motion to Dismiss. Pursuant to the Court's Individual Rule 3.B, "[i]f the plaintiff amends its pleading as of right, the Court will dismiss the original motion to dismiss as moot." As such, Plaintiffs respectfully request that Defendant's pending Motion to Dismiss be dismissed as moot.

Dated: November 29, 2023

By: /s/ *Jason S. McManis*
Jason S. McManis (*pro hac vice*)
Texas Bar No. 24088032
Angela M. Peterson (*pro hac vice*)
Texas Bar No. 24137111
**A**HMAD, **Z**AVITSANOS, & **M**ENSING, PLLC
1221 McKinney, Suite 2500
Houston, Texas 77010
T: 713-655-1101
F: 713-655-0062
jmcmanis@azalaw.com
apeterson@azalaw.com

Russell M. Yankwitt
Jonathan Ohring
**YANKWITT LLP**
140 Grand Street, Suite 705
White Plains, New York 10601
Tel: (914) 686-1500
Fax: (914) 487-5000
russell@yankwitt.com
jonathan@yankwitt.com

*Attorneys for Plaintiffs*

---

The motion to dismiss is denied as moot. The Clerk of Court is respectfully directed to close the motion pending at ECF No. 20.

Dated: November 30, 2023
       New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**