**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
DEL MAR TIC I, LLC and DEL MAR TIC II, LLC,

                Plaintiffs,
   -against-                                          23 **CIVIL** 8999 (JLR)

                                                     **JUDGMENT**

THE BANCORP BANK,,

                Defendant.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 16, 2024, Defendant's motion to dismiss is GRANTED. The Amended Complaint is dismissed with prejudice. Accordingly, the case is closed.

**Dated:**  New York, New York

      May 16, 2024

                                                           **RUBY J. KRAJICK**
                                                           **Clerk of Court**

                                 **BY:**

                                                             **Deputy Clerk**