UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEL MAR TIC I, LLC and DEL MAR TIC II, LLC,

        Plaintiffs,

-against-

THE BANCORP BANK,

        Defendant.

Case No. 1:23-cv-08999 (JLR)

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and their respective undersigned counsel, that the above-captioned action is voluntarily dismissed with prejudice against the defendant The Bancorp Bank, N.A. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

YANKWITT LLP

By: /s/ _____
Jonathan Ohring
140 Grand Street, Suite 705
White Plains, New York 10601
Tel.: (914) 686-1500
Email: jonathan@yankwitt.com

*Attorney for Plaintiffs Del Mar TIC I, LLC & Del Mar TIC II, LLC*

FRANKFURT KURNIT KLEIN & SELZ, PC

By: /s/ _____
Caren Decter
28 Liberty Street
35th Floor
New York, New York 10005
Tel.: (212) 705-4833
Email: cdecter@fkks.com

*Attorney for Defendant The Bancorp Bank, N.A.*

Dated: June 28, 2024
New York, New York